**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Herman  Lee Harley                                    CHAPTER 13
          Terri  Jean Harley aka Terri Jean
Reid aka Terri Jean Austin                                   BKY. NO. 26-12605 DJB
               Debtor(s)

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of PENNYMAC LOAN SERVICES, LLC and index same on the master mailing list.

      Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
09 Jul 2026, 10:00:43, EDT

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322