IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:
  HERMAN LEE HARLEY
  TERRI JEAN HARLEY

Bankruptcy No.: 26-12605  (DJB)
Chapter: 13

NOTICE OF APPEARANCE AND
REQUEST FOR SERVICE OF PAPERS

Please take notice that the undersigned hereby appears as counsel for Santander Bank, N.A., as servicer for Santander Consumer USA Inc. a creditor and party in interest, and that  under  Rules  2002 and  9007 of  the Federal  Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Local  Rules  of  Bankruptcy  Rules for this District ("Local  Bankruptcy Rules"), hereby requests that all notice  given  or required to be given,  and all papers and  pleadings  filed   or served or  required to be served, in  this case, be given to or  served upon:

William E. Craig, Esquire
Eisenberg Gold & Agrawal, P.C.
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
Fax (856) 330-6207
wcraig@egalawfirm.com

This request includes not only the notices and papers referred to in the Bankruptcy Rules and  Local Bankruptcy Rules but also, without limitation, orders and  notices of  any application, motions, petitions, pleadings, request, complaints or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telex or otherwise.

This request supersedes any prior request for Notice by this creditor, that there is no other request to receive Notices for the specified creditor, or that all prior requests are terminated, and the attorney is authorized to make this request for Notices on behalf of the named creditor.

/s/ William E. Craig, Esq.
Eisenberg, Gold & Agrawal, P.C.
**By: William E. Craig, Esquire**
Bar I.D. No. 92329
1040 Kings Hwy N #200
Cherry Hill, NJ 08034
(856) 330-6200
Counsel for Santander Santander Bank, N.A., as servicer for Santander Consumer USA Inc.