**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Bankruptcy No.** 26-12605 |
| Herman Lee Harley | : | |
| **Debtor** | : | **Chapter 13** |

**CERTIFICATION OF NO PAYMENT ADVICES**
**Pursuant to 11 U.S.C. § 521(a)(1)(B)(iv)**

I, **Herman Lee Harley**, hereby certify that within sixty (60) days before the date of filing the above-captioned bankruptcy petition, I did not receive payment advices (e.g. "pay stubs"), as contemplated by 11 U.S.C. § 521(a)(1)(B)(iv), **from any source of employment**. I further certify that I received no payment advices during that period because:

☐ I have been unable to work due to a disability throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ I have received no regular income other than Social Security payment throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

☐ My sole source of regular employment income throughout the sixty (60) days immediately preceding the date of the above-captioned petition has been through self-employment from which I do not receive evidence of wages or a salary at fixed intervals.

☐ I have been unemployed throughout the sixty (60) days immediately preceding the date of the above-captioned petition.

■ I did not receive payments advices due to factors other than those listed above. (Please explain) I do not have a pay stub dated 4/10/2026 because I did not work that week and I have provided my pay stub dated 4/17/2026.

I certify under penalty of perjury that the information provided in this certification is true and correct to the best of my information, knowledge and belief.

8/28/26
Date

[signature]
Herman Lee Harley, Debtor