IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

In re: HERMAN LEE HARLEY
TERRI JEAN HARLEY
**Debtor(s)**

SANTANDER BANK, N.A., AS SERVICER
FOR SANTANDER CONSUMER USA INC.
**Moving Party**

v.

HERMAN LEE HARLEY
TERRI JEAN HARLEY
**Respondent(s)**

KENNETH E. WEST
**Trustee**

CHAPTER 13

Case No.: 26-12605 (DJB)

**ORDER APPROVING STIPULATION**

IT IS HEREBY ORDERED that the Stipulation between Santander Bank, N.A., as servicer for Santander Consumer USA Inc. and the Debtor in settlement of the Objection To Confirmation, and filed on or about October 13, 2026 in the above matter is APPROVED.

Dated: **October 16, 2026**

BY THE COURT:

UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | | |
|---|---|---|
| In re: HERMAN LEE HARLEY<br>TERRI JEAN HARLEY<br>**Debtor(s)** | ) | CHAPTER 13 |
| SANTANDER BANK, N.A., AS SERVICER FOR SANTANDER CONSUMER USA INC.<br>**Moving Party** | ) | Case No.: 26-12605 (DJB) |
| v. | ) | |
| HERMAN LEE HARLEY<br>TERRI JEAN HARLEY<br>**Respondent(s)** | ) | |
| KENNETH E. WEST<br>**Trustee** | ) | |

## STIPULATION OF SETTLEMENT OF OBJECTION TO CONFIRMATION

This matter having been brought before the Court on an Objection To Confirmation filed by William E. Craig, Esquire, attorney for Santander Bank, N.A., as servicer for Santander Consumer USA Inc. ("Santander"), and the Debtors through their counsel, David M. Offen, Esquire and the parties having resolved said Objection as hereinafter set forth and by the agreement of all counsel the parties hereby stipulate;

**IT IS STIPULATED:**

1. That Santander is the holder of a first purchase money security interest encumbering a 2018 Chevrolet Suburban bearing vehicle identification number 1GNSKJKC9JR211430.

2. That the Debtor agrees to pay Santander the replacement value of the vehicle of $32,013.67 plus interest at the rate of 8.75% through their Bankruptcy Plan.

3. That the Debtors agree to allow the Chapter 13 Trustee to make an immediate lump sum adequate protection payment to Santander in the amount of $837.00 through September 2026, and thereafter, each month, commencing October 2026, make monthly adequate protection payments to Santander in the amount of $279.00 up to confirmation. Thereafter, the Trustee shall make the payments to Santander as provided for by the confirmed plan. The Debtors shall receive a credit for all adequate protection payments made against the total amount to be received by Santander through the plan.

4. That Santander shall retain its lien until the earlier of payment of the underlying debt under non-bankruptcy law or the Debtors receiving a discharge.

5. That if the Debtors' Chapter 13 case dismisses or converts this Stipulation shall be vacated and the Debtor shall owe Santander the full amount of the existing contractual loan balance **less** any payments Santander receives under this agreement.

6. That with the entry of this Order, the Objection To Confirmation filed by Santander is deemed withdrawn.

7. That the parties agree that a facsimile signature shall be considered an original signature.

We hereby agree to the form and entry of this Order:

/s/ David M. Offen
David M. Offen, Esquire
Attorney for the Debtors

/s/ William E. Craig
William E. Craig, Esquire
Attorney for Santander Bank, N.A., as servicer for
Santander Consumer USA Inc.

No Objection - Without Prejudice to Any
Trustee Rights or Remedies
/s/ LeeAne O. Huggins October 8, 2026

LeeAne Huggins
For Kenneth E. West
Chapter 13 Trustee